

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00242-CV

| | | |
|---|---|---|
| Kevin Khorrami | § | From the 236th District Court |
| | § | of Tarrant County (236-272081-14) |
| v. | § | October 16, 2014 |
| Jose Torres | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

It is further ordered that Kevin Khorrami shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM